IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McCullough, Dona A

Printed: 11/13/07

Case Number: 07 B 03657
Judge: Squires, John H
Filed: 3/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 3, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,780.00 |  |
| Secured: |  | 2,629.88 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 150.12 |
| Other Funds: |  | 0.00 |
| Totals: | 2,780.00 | 2,780.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,200.50 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Onyx Acceptance Corp | Secured | 0.00 | 858.60 |
| 4. | Centrix Financial A/K/A FlatIron Fin | Secured | 11,465.11 | 1,771.28 |
| 5. | Countrywide Home Loans Inc. | Secured | 17,286.93 | 0.00 |
| 6. | Onyx Acceptance Corp | Unsecured | 0.00 | 0.00 |
| 7. | Centrix Financial A/K/A FlatIron Fin | Unsecured | 0.00 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 47.17 | 0.00 |
| 9. | A & S Collection Associates | Unsecured | 157.80 | 0.00 |
| 10. | United States Dept Of Education | Unsecured | 2,301.77 | 0.00 |
| 11. | RMI/MCSI | Unsecured | 377.50 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 153.27 | 0.00 |
| 13. | Midwestern Telecommunications | Unsecured | 226.07 | 0.00 |
| 14. | Nicor Gas | Unsecured | 141.26 | 0.00 |
| 15. | Encircle Collections | Unsecured |  | No Claim Filed |
| 16. | Elan Financial Services | Unsecured |  | No Claim Filed |
| 17. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 18. | MCI | Unsecured |  | No Claim Filed |
| 19. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 20. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 21. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 22. | 1st National Bank Of A | Unsecured |  | No Claim Filed |
| 23. | RMI/MCSI | Unsecured |  | No Claim Filed |
| 24. | RMI/MCSI | Unsecured |  | No Claim Filed |
| 25. | Merchants & Medical Credit | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: McCullough, Dona A | Case Number: 07 B 03657 |
|---|---|
| | Judge: Squires, John H |
| Printed: 11/13/07 | Filed: 3/2/07 |

| | | | |
|---|---|---|---|
| 26. Village of Richton Park | Unsecured | | No Claim Filed |
| 27. RMI/MCSI | Unsecured | | No Claim Filed |
| 28. RMI/MCSI | Unsecured | | No Claim Filed |
| 29. Village Of Orland Park | Unsecured | | No Claim Filed |
| 30. Village Of Matteson | Unsecured | | No Claim Filed |
| 31. Providian Financial | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 34,357.38 | $ 2,629.88 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 150.12 |
| | _____ |
| | $ 150.12 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_